USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

MARY HEINRICH, AS EXECUTOR OF THE ESTATE OF CATHERINE BUTLER A/K/A CATHERINE BUTLER MUZIO A/K/A CATHERINE T. BUTLER MUZIO; MARY HEINRICH, AS TRUSTEE FOR THE CATHERINE BUTLER MUZIO LIVING TRUST; MARY HEINRICH, AS TRUSTEE FOR THE LEONARD MUZIO LIVING TRUST; and MAY HEINRICH, IN HER INDIVIDUAL CAPACITY,

                      Plaintiffs,

     -against-

MALAYENE DEAN, CHARLES YASSIM A/K/A CHARLES YASSIN, MORGAN STANLEY BARNEY, LLC, HORACE M. BARKER, CITIBANK N.A. and JOHN DOES 1-10,

                      Defendants.

-------------------------------------------------------------- X

21-CV-10657 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS a show cause hearing was held on January 28, 2022 at 2:00 p.m., *see* Dkt. 24;

      IT IS HEREBY ORDERED that the parties must confer regarding a stipulated order of attachment. If the parties are able to reach an agreement, they must submit a stipulated order to the Court by **February 3, 2022**.

      IT IS FURTHER ORDERED that, if, and only if, the parties do not reach an agreement, Defendants' opposition to Plaintiffs' motion for a preliminary injunction and order of attachment is due **February 3, 2022**. Plaintiff's reply is due **February 4, 2022**. The parties must appear for a hearing on **February 7, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse.

IT IS FURTHER ORDERED that the COVID protocols laid out in the Court's January 26, 2022 Order, *see* Dkt. 27, will remain in effect for the February 7, 2022 hearing.

**SO ORDERED.**

**Date:  January 28, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**