```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MARY HEINRICH, AS EXECUTOR OF THE :
ESTATE OF CATHERINE BUTLER A/K/A :
CATHERINE BUTLER MUZIO A/K/A :
CATHERINE T. BUTLER MUZIO; MARY :
HEINRICH, AS TRUSTEE FOR THE : 21-CV-10657 (VEC)
CATHERINE BUTLER MUZIO LIVING :
TRUST; MARY HEINRICH, AS TRUSTEE : ORDER
FOR THE LEONARD MUZIO LIVING :
TRUST; and MARY HEINRICH, IN HER :
INDIVIDUAL CAPACITY, :
                              Plaintiffs, :
         -against- :
                                               :
MALAYENE DEAN, CHARLES YASSIM :
A/K/A CHARLES YASSIN, MORGAN :
STANLEY BARNEY, LLC, HORACE M. :
BARKER, CITIBANK N.A. and JOHN DOES :
1-10, :
                                               :
                              Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference is scheduled for February 18, 2022 at 2:30 p.m., *see* Dkt. 5;

IT IS HEREBY ORDERED that, due to a scheduling conflict for the Court, the conference is rescheduled to **February 18, 2022 at 11:30 a.m.**  The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 0657.

**SO ORDERED.**

Date: February 17, 2022
      New York, New York

                                                                      _____
                                                                      **VALERIE CAPRONI**
                                                                      **United States District Judge**