

666 Old Country Road
Suite 700
Garden City, NY 11530

Admitted in New York and Massachusetts

Office: 516-683-0001
Cell: 516-459-4068
Fax: 516-228-0383
mark@goidell.com
www.goidell.com

March 12, 2022

Via ECF
Hon. Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2022

Re:   *Heinrich v. Dean, et al.*
      Case No. 1:21-cv-10657

Dear Judge Caproni,

This letter is submitted by Defendants Malayene Dean and Charles Yassim (collectively, "Moving Defendants") to request, on Plaintiffs' consent, that the Court enter a protective order pursuant to Fed. R. Civ. P. 26(c) to stay discovery pending the determination of the Moving Defendants' motion to dismiss. As a result, it is respectfully requested that the Court issue a new Case Management Plan reflecting the stay.

Thank you once again for your assistance in this matter.

Very truly yours,

s/ Mark E. Goidell

Mark E. Goidell

cc:   All counsel (via ECF)

---

Application GRANTED in part. Discovery as to Defendants Dean and Yassim is STAYED pending resolution of these Defendants' motion to dismiss. The Court does not need to enter a new Case Management Plan to reflect this change.

SO ORDERED.

*[signature]*    3/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE