UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY HEINRICH, AS EXECUTOR OF THE
ESTATE OF CATHERINE BUTLER A/K/A
CATHERINE BUTLER MUZIO A/K/A
CATHERINE T. BUTLER MUZIO; MARY
HEINRICH, AS TRUSTEE FOR THE
CATHERINE BUTLER MUZIO LIVING
TRUST; MARY HEINRICH, AS TRUSTEE
FOR THE LEONARD MUZIO LIVING TRUST;
and MAY HEINRICH, IN HER INDIVIDUAL
CAPACITY,

                       Plaintiffs,

      -against-                               21 **CIVIL** 10657 (VEC)

## JUDGMENT

MALAYENE DEAN, CHARLES YASSIM A/K/A
CHARLES YASSIN, MORGAN STANLEY
BARNEY, LLC, HORACE M. BARKER,
CITIBANK N.A. and JOHN DOES 1-10,

                       Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2023, Plaintiffs' RICO claim is DISMISSED with prejudice and Plaintiffs' remaining state law claims are DISMISSED without prejudice as to all Defendants. Because the Court lacks subject-matter jurisdiction over this action, its Orders enjoining Dean and Yassim and staying the case pending arbitration, see Orders, Dkts. 37, 60, 69, are VACATED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 14, 2023

                                                        **RUBY J. KRAJICK**

                                                         _____
                                                               **Clerk of Court**

                               **BY:**      *K. Mango*

                                                                _____
                                                               **Deputy Clerk**